LAW OFFICES OF DAVID M. HOLLINGSWORTH
1474 Deer Flat Road
Monterey, CA 93940
Tel. (831) 375-3135
Fax. (831) 375-3883
E-Mail: dmhlaw@comcast.net

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. QUINN | )<br>) |
| Plaintiff, | )<br>) |
| | )<br>) |
| v. | )<br>) |
| | )<br>) |
| | )<br>) |
| | )<br>) |
| COUNTY OF FRESNO, LINDA M.<br>PENNER, Chief Probation Officer,<br>DAVID ALANIS, Deputy Probation<br>Officer IV, and DOES 1 through 20 | )<br>)<br>) |
| | |
| Defendants. | |

Case No.: 1:10-CV-01617-OWW-SMS

[Fresno Superior Court Case
CASE NO.: 08 CE CG 00872 AMS]

**STIPULATION EXTENDING TIME
TO FILE THIRD AMENDED
COMPLAINT TO MARCH 7TH
AND ORDER THEREON**

## STIPULATION

It is hereby stipulated that Plaintiff's time for filing the Third Amended Complaint, originally set as February 22nd, 2011 in the Order After Hearing filed on February 8th, 2011, be extended to March 7TH, 2011. It is further stipulated that Defendants will have ten (10) days from March 7TH to file their response.

1

For Defendants:

Date:02/16/2011


/s/ Roy Santos _____
Weakley, Arendt & McGuire, LLP by __(name) _

For Plaintiff:

Date: 02/14/2011


/s/ David M. Hollingsworth _____
Law Office of David M. Hollingsworth, By David M. Hollingsworth

ORDER


        Based upon the above stipulation of the parties, the Plaintiff is hereby granted

leave to file their Third Amended Complaint by March 7TH, 2011.  Defendants will file

their response within ten (10) days of service of the amended document.


IT IS SO ORDERED.

**Dated:    February 17, 2011**            _____/s/ Oliver W. Wanger_____
                                         UNITED STATES DISTRICT JUDGE