James J. Arendt, Esq.          Bar No. 142937
Roy C. Santos, Esq.            Bar No. 259718

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, DAVID ALANIS, and LINDA PENNER

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LORAN QUINN,<br><br>   Plaintiff,<br><br>vs.<br><br>FRESNO COUNTY SHERIFF, FRESNO COUNTY PROBATION DEPARTMENT, OFFICER DAVID ALANIS, OFFICER LEONARD RICHERT, FRESNO COUNTY DISTRICT ATTORNEY, FRESNO COUNTY JAIL, ET AL. and DOES 1 to 100 INCLUSIVE,<br><br>   Defendants. | CASE NO.:  1:10-CV-01617-OWW-SMS<br><br>**ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT**<br><br>Date:  February 7, 2011<br>Time:  10:00 a.m.<br>Ctrm:  3<br><br>The Honorable Oliver W. Wanger |

On February 7, 2011, the matter of Defendants' motions to dismiss Plaintiff's corrected second amended complaint came before the Court for hearing. Attorney Roy C. Santos appeared on behalf of the moving parties. Attorney David M. Hollingsworth appeared on behalf of the plaintiff. After considering the pleadings and documents filed with the Court, and receiving oral argument from counsel, the Court hereby rules as follows:

1. Plaintiff's section 1983 claims arising out of Plaintiff's arrest are DISMISSED, without prejudice;

2  All state law claims based on Plaintiff's arrest are DISMISSED, without prejudice;

3. Plaintiff's Eighth and Ninth causes of action asserting claims under section 1983 against

Defendant Linda Penner are DISMISSED without prejudice;

4. Plaintiff's First and Tenth causes of action asserting claims under California state law against Defendant Linda Penner are DISMISSED without prejudice;

5. Plaintiff's Second cause of action asserting a claim of respondeat superior liability under California state law against Defendant County of Fresno, arising out of the alleged actions and/or inactions of Defendant Linda Penner, is DISMISSED without prejudice;

6. Defendants' motion to dismiss Plaintiff's section 1983 claim for deliberate indifference to his medical needs is DENIED;

7. Defendants' motion to dismiss Plaintiff's claim under California Government Code section 845.6 is DENIED;

8. Plaintiff's medical malpractice claim is DISMISSED, without prejudice;

9. Plaintiff shall file an amended complaint within fourteen (14) days of service of the Memorandum Decision; and

10. Defendants shall file a response within ten (10) days of service of the amended complaint.

**IT IS SO ORDERED.**

DATED: March 3 , 2011                     /s/ OLIVER W. WANGER
                                          United States District Court Judge

Order On Defendants' Motion to
Dismiss Plaintiff's CSAC                    2