| | |
|---|---|
| James J. Arendt, Esq. | Bar No. 142937 |
| Roy C. Santos, Esq. | Bar No. 259718 |

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, DAVID ALANIS, and LINDA PENNER

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LORAN QUINN, <br><br> Plaintiff, <br><br> vs. <br><br> FRESNO COUNTY SHERIFF, FRESNO COUNTY PROBATION DEPARTMENT, OFFICER DAVID ALANIS, OFFICER LEONARD RICHERT, FRESNO COUNTY DISTRICT ATTORNEY, FRESNO COUNTY JAIL, ET AL. and DOES 1 to 100 INCLUSIVE, <br><br> Defendants. | CASE NO.: 1:10-CV-01617-OWW-SMS <br><br> **ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** <br><br> Date: May 2, 2011 <br> Time: 10:00 a.m. <br> Ctrm: 3 <br><br> The Honorable Oliver W. Wanger |

On May 2, 2011, the matter of Defendants' motions to dismiss Plaintiff's third amended complaint came before the Court for hearing. Attorney Roy C. Santos appeared on behalf of the moving parties. Attorney David M. Hollingsworth appeared via telephone on behalf of the plaintiff. After considering the pleadings and documents filed with the Court, and receiving oral argument from counsel, the Court previously ruled as follows:

1. Plaintiff's medical care claim under section 1983 against Defendant ALANIS is DISMISSED, without prejudice;

2. Plaintiff's first cause of action is DISMISSED, with prejudice;

3. Plaintiff's second cause of action is DISMISSED, with prejudice;

4. Plaintiff's third cause of action is DISMISSED, without prejudice;

5. Plaintiff shall file an amended complaint within fourteen (14) days of service of the Memorandum Decision; and,

6. Defendants shall file a response within ten (10) days of service of the amended complaint.

On May 20, 2011, Plaintiff failed to timely file an amended complaint within 14 days of service of the Memorandum Decision, and as such, the Court hereby rules as follows:

1. Plaintiff's third cause of action is DISMISSED, **with** prejudice.

**IT IS SO ORDERED.**

DATED: June 1, 2011         /s/ OLIVER W. WANGER
                            United States District Court Judge