LAW OFFICES OF DAVID M. HOLLINGSWORTH
1474 Deer Flat Road
Monterey, CA 93940
Tel. (831) 375-3135
Fax. (831) 375-3883
E-Mail: dmhlaw@comcast.net

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES L. QUINN                                 )
                                               )     Case No.: 1:10-CV-01617-OWW-SMS
                    Plaintiff,                 )
                                               )     [Fresno Superior Court Case
                                               )     CASE NO.: 08 CE CG 00872 AMS]
v.                                             )
                                               )
                                               )     **STIPULATION EXTENDING TIME**
                                               )     **TO FILE JOINT SCHEDULING**
                                               )     **CONFERENCE REPORT**
COUNTY OF FRESNO, LINDA M.                     )     **AND ORDER THEREON**
PENNER, Chief Probation Officer,               )
DAVID ALANIS, Deputy Probation                 )
Officer IV, and DOES 1 through 20              )
                                               )
                    Defendants.                )
_____

## STIPULATION

   **IT IS HEREBY STIPULATED** by all parties that the time for filing the Joint

Scheduling Conference Report, originally due on June 17th, 2011, be extended to June

21st, 2011.

1

1  For Defendants:

2  Date:06/17/2011

3

4  /s/      Roy Santos
   Weakley, & Ardent, LLP by Roy Santos

5

6  For Plaintiff:

7  Date: 06/17/2011

8

9  /s/      David M. Hollingsworth
   Law Office of David M. Hollingsworth, By David M. Hollingsworth

10

11                            **ORDER**

12         Based upon the above stipulation of the parties, the parties are hereby granted an

13  extension to file their Joint Scheduling Conference Report, which is due no later then

14  June 21, 2011.

15

16         IT IS SO ORDERED.

17  **Dated:    June 17, 2011**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28                              2