James J. Arendt, Esq.         Bar No. 142937
Roy C. Santos, Esq.           Bar No. 259718

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, DAVID ALANIS, and LINDA PENNER

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LORAN QUINN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRESNO COUNTY SHERIFF, FRESNO COUNTY PROBATION DEPARTMENT, OFFICER DAVID ALANIS, OFFICER LEONARD RICHERT, FRESNO COUNTY DISTRICT ATTORNEY, FRESNO COUNTY JAIL, ET AL. and DOES 1 to 100 INCLUSIVE,<br><br>　　　　Defendants.<br>_____ | CASE NO.:   1:10-CV-01617-OWW-SMS<br><br>**STIPULATION AND PROTECTIVE ORDER AUTHORIZING LIMITED DISCLOSURE CONFIDENTIAL COUNTY OF FRESNO PUBLIC HEALTH DEPARTMENT AND FRESNO COUNTY SHERIFF'S DEPARTMENT POLICIES** |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, and ordered by this Court, that the following documents will be disclosed pursuant to this stipulation and protective order:

　　**1.**　　**County of Fresno Public Health Department Policies**

　　**2.**　　**Fresno County Sheriffs Department Policies**

The above-named documents which are maintained by the COUNTY OF FRESNO and requested by plaintiffs through discovery, may be disclosed to counsel for the plaintiffs pursuant to the protective order detailed below.  The documents requested by plaintiffs contain information which is deemed highly confidential.  The release of these documents pursuant to this Stipulation and Protective Order does not waive the confidentiality privilege protecting the above-named documents from general

disclosure.

Based on the foregoing, IT IS HEREBY STIPULATED:

1. These documents are designated as **"Confidential – Counsel Only"** (hereinafter collectively "confidential documents"), and produced by parties to this action, are subject to this Protective Order.

2. Confidential documents shall be used solely in connection with the civil case of <u>James L. Quinn v. County of Fresno</u>, et al., USDC Case No.: 1:10-CV-01617-OWW-SMS, and in the preparation of trial of this case, or any related proceeding.

3. The COUNTY OF FRESNO will produce the confidential documents by affixing a mark labeling them as "<u>James L. Quinn v. County of Fresno</u>, USDC, Eastern District of California, Case No. 1:10-CV-01617-OWW-SMS, Counsels' Eyes Only"  If any Confidential documents cannot be labeled with the aforementioned marking, those materials shall be placed in a sealed envelope or other container that is in turn marked with the appropriate designation in a manner agreed upon by the disclosing and requesting parties.

4. Confidential documents designated under this Protective Order as may only be disclosed to the following persons:

    a) Counsel for the parties;

    b) Paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in subpart (a) directly above, including stenographic deposition reporters or videographers retained in connection with this action;

    c) Court personnel including stenographic reporters or videographers engaged in proceedings as are necessarily incidental to the preparation for the trial of the civil action;

    d) Any expert or consultant retained in connection with this action; and

    e) The finder of fact at the time of trial, subject to the court's rulings on in limine motions and objections of counsel.

5. All Confidential documents filed with the Court for any purpose shall be filed and served under seal in accordance with Local Rule 141.

6. The designation of information as Confidential documents, and the subsequent production thereof, is without prejudice to the right of any party to oppose the admissibility of the designated information.

2

7.     Each person to whom disclosure is made, with the exception of counsel, and its paralegal, clerical, and secretarial personnel, who are presumed to know the contents of this Protective Order, shall, prior to the time of disclosure, be provided by the person furnishing him or her such material, a copy of this Protective Order.  Each person to whom disclosure is made shall agree on the record or in writing that he/she has read the Protective Order and he/she understands the provisions of the Protective Order.  Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District of California, with respect to any proceeding related to enforcement of this Protective Order, including without limitation, any proceeding for contempt.  Provisions of this Protective Order, insofar as they restrict disclosure and use of the material, shall be in effect until further order of this Court.

8.     Should any document designated confidential be disclosed, through inadvertence or otherwise, to any person not authorized to receive it under this Protective Order, the disclosing person(s) shall promptly (a) inform the COUNTY OF FRESNO of the recipient(s) and the circumstances of the unauthorized disclosure to the relevant producing person(s) and (b) use best efforts to bind the recipient(s) to the terms of this Protective Order.  No information shall lose its confidential status because it was disclosed to a person not authorized to receive it under this Protective Order.  After the conclusion of this litigation, all documents, in whatever form stored or reproduced, containing Confidential documents will remain confidential and subject to this Protective Order.  The conclusion of this litigation means a termination of the case following applicable post-trial motions, appeal and/or retrial.

9.     After the conclusion of this litigation, all confidential documents received under the provisions of this Protective Order, including all copies made, shall be tendered back to the attorneys for the defendants in a manner in which the COUNTY OF FRESNO will be able to reasonably identify that all documents were returned. Counsel for the plaintiffs will also take all reasonable and necessary steps to ensure that persons to whom they disclose the confidential documents return the confidential documents to the attorneys for the COUNTY OF FRESNO.

IT IS SO STIPULATED.

DATED: July 11, 2011                                WEAKLEY & ARENDT, LLP

1  By: /s/ Roy C. Santos
2  James J. Arendt
   Roy C. Santos
3  Attorneys for Defendants

4

5  DATED: July 11, 2011    By: /s/ David M. Hollingsworth
                           David M. Hollingsworth
6                          Attorney for Plaintiff

7

8

9

10  IT IS SO ORDERED.

11  **Dated:   July 26, 2011**          **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28