1  James J. Arendt, Esq.        Bar No. 142937
   Roy C. Santos, Esq.          Bar No. 259718
2
             WEAKLEY & ARENDT, LLP
3         1630 East Shaw Avenue, Suite 176
              Fresno, California  93710
4             Telephone: (559) 221-5256
              Facsimile:  (559) 221-5262
5
   Attorneys for Defendants, COUNTY OF FRESNO, DAVID ALANIS, and LINDA PENNER
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | JAMES LORAN QUINN,                     ) CASE NO.:  1:10-CV-01617-LJO-BAM
                                            )
12 |         Plaintiff,                     )
                                            )
13 |         vs.                            ) **ORDER AMENDING THE SCHEDULING**
                                            ) **ORDER TO EXTEND THE TIME FOR**
14 | FRESNO COUNTY SHERIFF, FRESNO          ) **DESIGNATION OF EXPERT WITNESSES**
     COUNTY PROBATION DEPARTMENT,           ) **AND RULE 26 REPORTS**
15 | OFFICER DAVID ALANIS, OFFICER          )
     LEONARD RICHERT, FRESNO COUNTY         )
16 | DISTRICT ATTORNEY, FRESNO              )
     COUNTY JAIL, ET AL. and DOES 1 to 100  )
17 | INCLUSIVE,                             )
                                            )
18 |         Defendants.                    )
     _____)
19

20         IT IS HEREBY STIPULATED between the parties, through their respective counsel, and ordered

21 by this Court, that the Scheduling Order, Doc. No. 47, be amended and that the date for designating

22 expert witnesses and produce their Rule 26 expert reports be moved from January 9, 2012, to March 9,

23 2012.  There is good cause for extending these dates.  First, discovery in the matter is not set to close

24 until March 9, 2012, and requiring such early disclosure of experts before the discovery cutoff date will

25 result in the needless expense in both time and resources on the preparation of supplemental reports to

26 address any newly discovered evidence.  As such, it appears that the deadline agreed to in the Scheduling

27 Order, with regard to designation of expert witnesses and preparation of their Rule 26 expert reports, was

28 a bit too optimistic.  Furthermore, the proposed amended deadlines do not alter the pretrial conference

nor the trial date as agreed to in the Scheduling Order, Doc. No. 47.

IT IS SO STIPULATED.

DATED: January 3, 2012							WEAKLEY & ARENDT, LLP


							By:	/s/ Roy C. Santos
								James J. Arendt
								Roy C. Santos
								Attorneys for Defendants


DATED: January 3, 2012			By:	/s/ David M. Hollingsworth
								David M. Hollingsworth
								Attorney for Plaintiff

## ORDER

Upon reviewing the Stipulation and for good cause being shown, IT IS HEREBY ORDERED that expert witness disclosures by any party, including supplemental expert witness disclosures by any party, shall be served no later than March 9, 2012.

IT IS SO ORDERED.

**Dated:   January 3, 2012**				  		 /s/ **Barbara A. McAuliffe**
								UNITED STATES MAGISTRATE JUDGE