James J. Arendt, Esq.       Bar No. 142937
Roy C. Santos, Esq.         Bar No. 259718

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, DAVID ALANIS, and LINDA PENNER

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LORAN QUINN,<br><br>    Plaintiff,<br><br>vs.<br><br>FRESNO COUNTY SHERIFF, FRESNO COUNTY PROBATION DEPARTMENT, OFFICER DAVID ALANIS, OFFICER LEONARD RICHERT, FRESNO COUNTY DISTRICT ATTORNEY, FRESNO COUNTY JAIL, ET AL. and DOES 1 to 100 INCLUSIVE,<br><br>    Defendants. | CASE NO.: 1:10-CV-01617-LJO-BAM<br><br>**ORDER AMENDING THE SCHEDULING ORDER TO EXTEND THE TIME FOR DESIGNATION OF EXPERT WITNESSES AND RULE 26 REPORTS** |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, and ordered by this Court, that the Scheduling Order, Doc. No. 47, be amended and that the date for designating expert witnesses and produce their Rule 26 expert reports be moved from January 9, 2012, to March 9, 2012.  There is good cause for extending these dates.  First, discovery in the matter is not set to close until March 9, 2012, and requiring such early disclosure of experts before the discovery cutoff date will result in the needless expense in both time and resources on the preparation of supplemental reports to address any newly discovered evidence.  As such, it appears that the deadline agreed to in the Scheduling Order, with regard to designation of expert witnesses and preparation of their Rule 26 expert reports, was a bit too optimistic.  Furthermore, the proposed amended deadlines do not alter the pretrial conference

1 | nor the trial date as agreed to in the Scheduling Order, Doc. No. 47.
2 | IT IS SO STIPULATED.

4 | DATED: January 3, 2012                    WEAKLEY & ARENDT, LLP

6 |                                                         By:     /s/ Roy C. Santos
7 | James J. Arendt
Roy C. Santos
Attorneys for Defendants

10 | DATED: January 3, 2012         By:     /s/ David M. Hollingsworth
11 | David M. Hollingsworth
Attorney for Plaintiff

13 | ORDER

14 | Upon reviewing the Stipulation and for good cause being shown, IT IS HEREBY ORDERED
15 | that expert witness disclosures by any party, including supplemental expert witness disclosures by any
16 | party, shall be served no later than March 9, 2012.
17 | IT IS SO ORDERED.
18 | Dated:   **January 3, 2012**                    /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE