IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LORAN QUINN,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRESNO COUNTY SHERIFF, FRESNO COUNTY PROBATION DEPARTMENT, OFFICER DAVID ALANIS, OFFICER LEONARD RICHERT, FRESNO COUNTY DISTRICT ATTORNEY, FRESNO COUNTY JAIL, ET AL. and DOES 1 to 100 INCLUSIVE,<br><br>  Defendants. | CASE NO.:  1:10-CV-01617-LJO-BAM<br><br>**STIPULATION AND ORDER AMENDING THE SCHEDULING ORDER TO EXTEND THE TIME FOR EXPERT DISCOVERY, DESIGNATION OF EXPERT WITNESSES, AND RULE 26 REPORTS** |

   IT IS HEREBY STIPULATED between the parties, through their respective counsel, and ordered by this Court, that the Scheduling Order, Doc. No. 47, be amended and the expert discovery cutoff, date for designating expert witnesses, and production of their Rule 26 expert reports be moved from March 9, 2012, to **March 14, 2012**, and the expert discovery cutoff date be moved to **April 6, 2012.**  There is good cause for extending these dates.  First, it will allow the parties to complete discovery and ensure their experts have ample time to consider all information prior to preparing their Rule 26 expert reports; given Plaintiff identified additional potential witnesses and documents at his February 16, 2012, deposition.  Secondly, the parties will be prevented from conducting expert depositions since expert discovery is scheduled cutoff on the same day as the parties are scheduled to exchange expert designations and Rule 26 reports.  As such, it appears that the deadline agreed to in the Scheduling Order, with regard to designation of expert witnesses and preparation of their Rule 26 expert reports, was a bit too optimistic.  Furthermore, the proposed amended deadlines do not alter the pretrial conference

nor the trial date as agreed to in the Scheduling Order, Doc. No. 47.

IT IS SO STIPULATED.

DATED: March 9, 2012							WEAKLEY & ARENDT, LLP


							By:	/s/ Roy C. Santos
								James J. Arendt
								Roy C. Santos
								Attorneys for Defendants


DATED: March 9, 2012			By:	/s/ David M. Hollingsworth
								David M. Hollingsworth
								Attorney for Plaintiff


### ORDER

Based on the above stipulation of the parties, and good cause appearing, the Court ORDERS as follows:

1. The date for designating expert witnesses, and production of their Rule 26 expert reports is extended from March 9, 2012, to **March 14, 2012**;
2. The expert discovery cutoff date is extended from March 9, 2012 to **April 6, 2012.**
3. Defendants' ex parte application to amend the scheduling order (Doc. 60) is DENIED as moot.

IT IS SO ORDERED.

**Dated:   March 9, 2012**					/s/ **Barbara A. McAuliffe**
								UNITED STATES MAGISTRATE JUDGE