# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LORAN QUINN,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRESNO COUNTY SHERIFF, FRESNO COUNTY PROBATION DEPARTMENT, OFFICER DAVID ALANIS, OFFICER LEONARD RICHERT, FRESNO COUNTY DISTRICT ATTORNEY, FRESNO COUNTY JAIL, ET AL. and DOES 1 to 100 INCLUSIVE,<br><br>  Defendants. | CASE NO.:  1:10-CV-01617-LJO-BAM<br><br>**ORDER AMENDING THE SCHEDULING ORDER TO EXTEND TIME FOR EXPERT DISCOVERY** |

Before the Court is the parties' stipulation and request to extend the deadline to complete expert discovery. (Doc. 65.) The parties have not provided good cause for the extension. Nonetheless, based on the Stipulation of the parties, the Court grants the parties' request, and amends the Scheduling Order (Doc. 47, 62) as follows: The expert discovery cutoff date is extended from April 6, 2012, to May 9, 2012. The parties are advised that **no further extensions** of the expert discovery cut-off will be granted. Counsel for both parties are expected to meet and confer regarding a proposed date to complete the deposition of Plaintiff's non-retained expert witness Dr. Lorie Decarvalho within this time frame.

IT IS SO ORDERED.

Dated:  April 9, 2012            /s/ **Barbara A. McAuliffe**
                  UNITED STATES MAGISTRATE JUDGE