LAW OFFICES OF DAVID M. HOLLINGSWORTH
1474 Deer Flat Road
Monterey, CA 93940
Tel. (831) 375-3135
Fax. (831) 375-3883
E-Mail: dmhlaw@comcast.net

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. QUINN<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, LINDA M. PENNER, Chief Probation Officer, DAVID ALANIS, Deputy Probation Officer IV, and DOES 1 through 20<br><br>    Defendants. | Case No.: 1:10-CV-01617-LJO-BAM<br><br>[Fresno Superior Court Case<br>CASE NO.: 08 CE CG 00872 AMS]<br><br>**ORDER GRANTING 48 HOUR EXTENSION TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

Before the Court is the parties' stipulation and request to extend Plaintiff's time to file their Opposition to Defendants' Motion for Summary Judgment by forty-eight hours, making their deadline Wednesday, May 9, 2012. The parties' further stipulate that Defendants' time to file their Reply to Plaintiff's Opposition shall be extended by forty-eight hours, making their deadline May 16, 2012.

IT IS SO ORDERED.

**Dated:**   May 7, 2012                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1