IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LORAN QUINN, | Case No. 1:10-cv-1617 LJO BAM |
| Plaintiff, | ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO EXCEED REPLY PAGE LIMIT |
| vs. | |
| FRESNO COUNTY SHERIFF, et al., | (Doc. 94) |
| Defendants. | |
| _____/ | |

On May 16, 2012, Defendants County of Fresno and David Alanis (collectively "Defendants") filed an ex parte motion to exceed the ten-page limit for reply briefs set forth by this Court's standing order. Defendants claim that unless the page limit is extended to 15 pages, they will be prevented from addressing all the issues in this complex, multi-claim action and will be prevented from asserting all their procedural objections to Plaintiff James Loran Quinn's ("Plaintiff's") opposition. This Court is reluctant to grant Defendants' request; this Court permits briefs in excess of set page limits only where necessary and does not treat requests to do so lightly. Nevertheless, good cause appearing and in light of Defendants' relatively modest request for five additional pages, the Court GRANTS Defendants' ex parte motion. Defendants are forewarned, however, that **under no circumstances should their reply brief exceed 15 pages**.

IT IS SO ORDERED.

**Dated:   May 16, 2012**              /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE