UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LORAN QUINN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-01617 LJO BAM<br><br>ORDER FOLLOWING TRIAL SETTING CONFERENCE |

On June 14, 2013, the Court held a trial setting conference in this case. Plaintiff James Loran Quinn ("Plaintiff") appeared by his counsel, David Hollingsworth, and Defendants David Alanis and Fresno County (collectively "Defendants") appeared by their counsel, James Arendt and Roy Stantos. At the conference, the Court set the following schedule:

| | |
|---|---|
| Revised Joint Pretrial Statement, Jury Instructions, and/or Verdict Form[1] | Due by September 24, 2013 |
| Trial | October 29, 2013 at 8:30 a.m.<br>Courtroom 4 (LJO) |

---

[1] As discussed at the trial setting conference, the parties shall meet and confer prior to filing any revised joint pretrial statement, jury instruction, and/or verdict form. The parties' meet and confer efforts shall be *substantive and thorough*. The Court fully expects the parties' submissions to be clear, concise, and containing minimal disagreement.

1

The parties also expressed interest in a settlement conference. By no later than June 21, 2013, the parties shall contact the chambers of U.S. Magistrate Judge Barbara McAuliffe at (559) 499-5788 to set a settlement conference.

IT IS SO ORDERED.

Dated: __**June 14, 2013**__              _____**/s/ Lawrence J. O'Neill**_____
                                              UNITED STATES DISTRICT JUDGE