1
2
3
4
5
6
7                               UNITED STATES DISTRICT COURT
8                          FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   JAMES LORAN QUINN,                          Case No. 1:10-cv-01617 LJO BAM
11            Plaintiff,                         ORDER FOLLOWING TRIAL SETTING
                                                 CONFERENCE
12       v.
13   FRESNO COUNTY SHERIFF, et al.,
14            Defendants.
15
16   _____/
17       On June 14, 2013, the Court held a trial setting conference in this case. Plaintiff James Loran
18   Quinn ("Plaintiff") appeared by his counsel, David Hollingsworth, and Defendants David Alanis and
19   Fresno County (collectively "Defendants") appeared by their counsel, James Arendt and Roy Stantos.
20   At the conference, the Court set the following schedule:

| Revised Joint Pretrial Statement, Jury Instructions, and/or Verdict Form[1] | Due by September 24, 2013 |
|---|---|
| Trial | October 29, 2013 at 8:30 a.m.<br>Courtroom 4 (LJO) |

---

[1] As discussed at the trial setting conference, the parties shall meet and confer prior to filing any revised joint pretrial statement, jury instruction, and/or verdict form. The parties' meet and confer efforts shall be *substantive and thorough*. The Court fully expects the parties' submissions to be clear, concise, and containing minimal disagreement.

1

1 | The parties also expressed interest in a settlement conference. By no later than June 21, 2013, the parties shall contact the chambers of U.S. Magistrate Judge Barbara McAuliffe at (559) 499-5788 to set a settlement conference.

IT IS SO ORDERED.

    Dated: __**June 14, 2013**__            __**/s/ Lawrence J. O'Neill**__
                                                                  UNITED STATES DISTRICT JUDGE