1 | James J. Arendt, Esq.          Bar No. 142937
  | Roy C. Santos, Esq.            Bar No. 259718
2 |
  |          WEAKLEY & ARENDT, LLP
3 |       1630 East Shaw Avenue, Suite 176
  |            Fresno, California  93710
4 |          Telephone: (559) 221-5256
  |          Facsimile:  (559) 221-5262
5 |
6 | Attorneys for Defendants, COUNTY OF FRESNO and DAVID ALANIS

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| JAMES LORAN QUINN, | ) CASE NO.:  1:10-CV-01617-LJO-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER SETTING** |
|  | ) **SETTLEMENT CONFERENCE** |
| FRESNO COUNTY SHERIFF, FRESNO COUNTY PROBATION DEPARTMENT, OFFICER DAVID ALANIS, OFFICER LEONARD RICHERT, FRESNO COUNTY DISTRICT ATTORNEY, FRESNO COUNTY JAIL, ET AL. and DOES 1 to 100 INCLUSIVE, | ) **New Settlement**<br>) **Conference**:          August 14, 2013 |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and ordered by this Court, that a Settlement Conference be scheduled in the above-entitled action on August 14, 2013, at 10:00 a.m., in Courtroom 8, before the Honorable Barbara A. McAuliffe.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

_____
Stipulation and Order

1  **IT IS SO STIPULATED.**

2  DATED: June 17, 2013              WEAKLEY & ARENDT, LLP

4                        By:    /s/ Roy C. Santos
                                James J. Arendt
5                               Roy C. Santos
                                Attorneys for Defendants

8  DATED: June 17, 2013       By:    /s/ David M. Hollingsworth
                                     David M. Hollingsworth
9                                    Attorney for Plaintiff

11                              **ORDER**

12   Based upon the above stipulation, the Court hereby SETS a Settlement Conference for **August 14, 2013 at 10:00am in Courtroom 8,** before Honorable Barbara A. McAuliffe. All other dates remain in full force and effect.

15   IT IS SO ORDERED.

16   **Dated:   June 17, 2013**              /s/ **Barbara A. McAuliffe**
                                             UNITED STATES MAGISTRATE JUDGE