James J. Arendt, Esq.          Bar No. 142937
Roy C. Santos, Esq.          Bar No. 259718

WEAKLEY &  ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO and DAVID ALANIS

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LORAN QUINN, | CASE NO.:  1:10-CV-01617-LJO-BAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER SETTING SETTLEMENT CONFERENCE** |
| FRESNO COUNTY SHERIFF, FRESNO COUNTY PROBATION DEPARTMENT, OFFICER DAVID ALANIS, OFFICER LEONARD RICHERT, FRESNO COUNTY DISTRICT ATTORNEY, FRESNO COUNTY JAIL, ET AL. and DOES 1 to 100 INCLUSIVE, | **New Settlement Conference**:          August 14, 2013 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and

ordered by this Court, that a Settlement Conference be scheduled in the above-entitled action on August

14, 2013, at 10:00 a.m., in Courtroom 8, before the Honorable Barbara A. McAuliffe.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation and Order

1    **IT IS SO STIPULATED.**

2    DATED: June 17, 2013                    WEAKLEY & ARENDT, LLP

3

4                                        By:      /s/ Roy C. Santos
                                              James J. Arendt
5                                             Roy C. Santos
                                              Attorneys for Defendants
6

7

8    DATED: June 17, 2013          By:      /s/ David M. Hollingsworth
                                              David M. Hollingsworth
9                                             Attorney for Plaintiff

10

11                                  **<u>ORDER</u>**

12       Based upon the above stipulation, the Court hereby SETS a Settlement Conference for **August**

13   **14, 2013 at 10:00am in Courtroom 8,** before Honorable Barbara A. McAuliffe.  All other dates remain

14   in full force and effect.

15       IT IS SO ORDERED.

16   **Dated:    June 17, 2013**              **/s/ Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28