UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LORAN QUINN,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-cv-1617 LJO BAM<br><br>FURTHER SCHEDULING ORDER |

This case is scheduled to begin trial on October 29, 2013. The Court hereby sets the following briefing schedule for any motions in limine that the parties may wish to file:

| | |
|---|---|
| Motions in Limine | September 10, 2013 |
| Oppositions | September 20, 2013 |
| Hearing | September 30, 2013 at 1:30 p.m.<br>Courtroom 4 (LJO) |

The Court emphasizes that it does <u>not</u> expect the parties to file numerous motions in limine. This trial will be the second trial in this case, meaning this case has already been through a round of motions in limine and at this point the parties' evidence and arguments should be well-known to one another. To the extent that a party believes that a motion in limine may nevertheless be needed, the Court reiterates that the parties must make a <u>substantive and thorough</u> meet and confer effort prior to filing any motion in limine.

IT IS SO ORDERED.

    Dated:   **August 7, 2013**              /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28