James J. Arendt, Esq.          Bar No. 142937
Roy C. Santos, Esq.            Bar No. 259718

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO and DAVID ALANIS

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LORAN QUINN,<br><br>Plaintiff,<br><br>vs.<br><br>FRESNO COUNTY SHERIFF, FRESNO COUNTY PROBATION DEPARTMENT, OFFICER DAVID ALANIS, OFFICER LEONARD RICHERT, FRESNO COUNTY DISTRICT ATTORNEY, FRESNO COUNTY JAIL, ET AL. and DOES 1 to 100 INCLUSIVE,<br><br>Defendants. | CASE NO.:  1:10-CV-01617-LJO-BAM<br><br>**STIPULATION TO THE ENFORCEMENT OF THE COURT'S PREVIOUS ORDER GRANTING CERTAIN OF THE PARTIES PREVIOUSLY FILED MOTIONS IN LIMINE AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and ordered by this Court, that the Court's Orders, Document Nos. 120 & 123, granting certain of the parties motions in limine be applicable to the present trial and thus preventing the needless refiling of these select motions in limine.  The parties stipulate to the following previously filed motions in limine which were granted by the Court:

(1) Plaintiff's previously filed motion in limine number 1 (Doc. No. 110);

(2) Defendants' previously filed motions in limine numbers 2-3, 5-8, 14 and 16-17 (Doc. No. 111);

The parties further stipulate that the Court's Orders granting each of these previously filed

1  motions in limine have the same control as they did in the previous trial; unless, the Court so chooses
2  to alter it's Orders.   (Doc. Nos. 110, 111, 120 & 123)
3      **IT IS SO STIPULATED.**
4  DATED: September 10, 2013        WEAKLEY & ARENDT, LLP

6                               By:   /s/ Roy C. Santos
7                                      James J. Arendt
                                    Roy C. Santos
                                    Attorneys for Defendants

10  DATED: September 10, 2013        By:   /s/ David M. Hollingsworth
                                    David M. Hollingsworth
11                                      Attorney for Plaintiff

13  IT IS SO ORDERED.
14  **Dated:   September 11, 2013**      /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE