1  James J. Arendt, Esq.         Bar No. 142937
   Roy C. Santos, Esq.           Bar No. 259718

   WEAKLEY & ARENDT, LLP
   1630 East Shaw Avenue, Suite 176
   Fresno, California 93710
   Telephone: (559) 221-5256
   Facsimile: (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO and DAVID ALANIS

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LORAN QUINN,<br><br>Plaintiff,<br><br>vs.<br><br>FRESNO COUNTY SHERIFF, FRESNO COUNTY PROBATION DEPARTMENT, OFFICER DAVID ALANIS, OFFICER LEONARD RICHERT, FRESNO COUNTY DISTRICT ATTORNEY, FRESNO COUNTY JAIL, ET AL. and DOES 1 to 100 INCLUSIVE,<br><br>Defendants. | CASE NO.: 1:10-CV-01617-LJO-BAM<br><br>**STIPULATION TO THE ENFORCEMENT OF THE COURT'S PREVIOUS ORDER GRANTING CERTAIN OF THE PARTIES PREVIOUSLY FILED MOTIONS IN LIMINE AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and ordered by this Court, that the Court's Orders, Document Nos. 120 & 123, granting certain of the parties motions in limine be applicable to the present trial and thus preventing the needless refiling of these select motions in limine. The parties stipulate to the following previously filed motions in limine which were granted by the Court:

(1) Plaintiff's previously filed motion in limine number 1 (Doc. No. 110);

(2) Defendants' previously filed motions in limine numbers 2-3, 5-8, 14 and 16-17 (Doc. No. 111);

The parties further stipulate that the Court's Orders granting each of these previously filed

_____
Stipulation and [Proposed] Order

motions in limine have the same control as they did in the previous trial; unless, the Court so chooses to alter it's Orders.   (Doc. Nos. 110, 111, 120 & 123)

     **IT IS SO STIPULATED.**

DATED: September 10, 2013          WEAKLEY & ARENDT, LLP

                                      By:   /s/ Roy C. Santos
                                                  James J. Arendt
                                                  Roy C. Santos
                                                  Attorneys for Defendants

DATED: September 10, 2013          By:   /s/ David M. Hollingsworth
                                                  David M. Hollingsworth
                                                  Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:  September 11, 2013**      /s/  Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE