UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LORAN QUINN, | CASE NO. CV F 10-1617 LJO BAM |
| Plaintiff, | **ORDER TO EXTEND DEADLINE TO EXTEND DISMISS ACTION AND TO RESOLVE POTENTIAL MEDICAL LIENS** (Docs. 230, 231.) |
| vs. | |
| FRESNO COUNTY SHERIFF, et al., | |
| Defendants. | |
| _____/ | |

This Court's October 15, 2013 order set a November 22, 2013 deadline to file papers to dismiss this action or to show good cause why this action has not been dismissed. In response to the order, defense counsel filed his declaration to indicate that potential liens for plaintiff's medical services remain unresolved. Despite the fact that unresolved medical liens are not good cause to extend dismissal of this action, this Court:

    1.    GRANTS a one-time extension to January 10, 2014 to file papers to dismiss this action in its entirety; and

    2.    ORDERS the parties' counsel to take all necessary action to ascertain and resolve potential liens for plaintiff's medical services. Based on defense counsel's declaration, this Court deems plaintiff's counsel to have chief responsibility to address and resolve potential liens and will tolerate no further delay to resolve potential liens.

1

1  If papers are not timely filed to dismiss this action, this Court will set trial immediately and if necessary, before another district judge.

IT IS SO ORDERED.

   Dated: **November 22, 2013**        **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE