James J. Arendt, Esq.          Bar No. 142937
Roy C. Santos, Esq.            Bar No. 259718

    WEAKLEY &  ARENDT, LLP
   1630 East Shaw Avenue, Suite 176
    Fresno, California  93710
    Telephone: (559) 221-5256
    Facsimile: (559) 221-5262
    James@walaw-fresno.com
    Roy@walaw-fresno.com

Attorneys for Defendants, COUNTY OF
FRESNO and DAVID ALANIS

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LORAN QUINN, | ) | CASE NO.: 1:10-CV-01617-LJO-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRESNO COUNTY SHERIFF, FRESNO | ) | **STIPULATED DISMISSAL AND** |
| COUNTY PROBATION DEPARTMENT, | ) | **ORDER** |
| OFFICER DAVID ALANIS, OFFICER | ) | |
| LEONARD RICHERT, FRESNO | ) | |
| COUNTY DISTRICT ATTORNEY, | ) | |
| FRESNO COUNTY JAIL, ET AL. and | ) | |
| DOES 1 to 100 INCLUSIVE, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action stipulate to dismissal of the entire action, with prejudice, all parties to bear their own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED: January 10, 2014         WEAKLEY & ARENDT, LLP

                         By:      /s/ Roy C. Santos
                               James J. Arendt
                               Roy C. Santos
                               Attorneys for Defendants

DATED: January 10, 2014          By:     /s/ David M. Hollingsworth
                                         David M. Hollingsworth
                                         Attorney for Plaintiff


Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

    1.      DISMISSES with prejudice this entire action and all claims;

    2.      VACATES all pending dates and matters; and

    3.      DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:   **January 10, 2014**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE