# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LORAN QUINN,** | 1:10-cv-01617 LJO BAM |
| **Plaintiff,** | **ORDER VACATING JUDGMENT FOR CLARITY OF THE RECORD (Doc. 198)** |
| v. | |
| **FRESNO COUNTY SHERIFF**, *et al.*, | |
| **Defendants.** | |

In light of the settlement and stipulated dismissal of this entire action on January 10, 2014 (Docs. 228 & 234), the Judgment on the Special Verdict, entered on March 12, 2013 (Doc. 198), is deemed moot and is VACATED.

IT IS SO ORDERED.

    Dated:   **August 19, 2015**               **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE